# SUPREME COURT.

ANTHONY GOULD and others agt. JARED S. TORRANCE and
others.

Where a justice of this court makes an order in *supplementary proceedings* for the
examination, before a referee, of judgment debtors residing within his district,
the judgment being docketed and the venue laid in another judicial district, an
order made by such justice denying a motion to set aside the order of reference
should be entered, and the appeal therefrom heard in the district where the *venue
in the judgment* is laid.

*Albany General Term, September,* 1860.
*Present,* GOULD, HOGEBOOM *and* PECKHAM, *Justices.*

AN order in supplementary proceedings was made by
Hon. NOAH DAVIS, Jr., a justice of this court, residing in
the eighth district, on the 24th day of February, 1860,
appointing Dennis Bowen, Esq., of Buffalo, referee, and
ordering defendants to appear before said Bowen on the
28th day of February, 1860, for examination. On the 29th
day of March, 1860, defendants made a motion before Jus-
tice DAVIS, at Chambers, in Erie county, for an order vacat-
ing said order of reference. The motion was denied, and
the order was at first entered in Erie county. Afterwards
the plaintiffs filed and entered the order with the clerk of
this (Albany) county, June 4, 1860. Defendants appealed
by giving the requisite notice. The plaintiffs now move
the appeal for argument. Defendants odject, preliminarily,
to its being heard here, insisting that it should be heard
in the eighth district. The venue was laid in Albany
county, where the record of judgment was filed, and still
remains. The defendants reside in Erie county, where the
examination was ordered by Justice DAVIS to be heard.

OTIS ALLEN, *for plaintiffs.*
J. K. PORTER, *for defendants.*

By the court, PECKHAM, Justice.  It is decided that proceedings supplementary to execution are proceedings in the cause; a sort of additional or equitable execution, that penetrates further than an ordinary execution.  (*Bank of Genesee* agt. *Spencer*, 15 *How.*, 412; *Ross* agt. *Clussman*, 3 *Sand.*, 676.)  I do not think it would be claimed that a motion could be made to set aside an execution in any other district than that in which the venue is laid.  It clearly should be made there.  Some inconvenience may attend this rule, but much confusion would follow any other.  I am of opinion that the appeal is properly brought here, and must be heard upon its merits.